**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: WROGA, MARIE                                        § Case No. 12-81095
                                                           §
                                                           §
                                                           §
Debtor(s)                                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,950.00　　　　　　 *(without deducting any secured claims)* | Assets Exempt: $5,800.00 |
| Total Distribution to Claimants: $4,499.54 | Claims Discharged Without Payment: $38,053.10 |
| Total Expenses of Administration: $1,963.45 | |

3) Total gross receipts of $    6,462.99    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $6,462.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,963.45 | 1,963.45 | 1,963.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,026.52 | 22,966.12 | 22,966.12 | 4,499.54 |
| **TOTAL DISBURSEMENTS** | $42,026.52 | $24,929.57 | $24,929.57 | $6,462.99 |

  4) This case was originally filed under Chapter 7 on March 23, 2012. The case was pending for 8 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2012            By: /s/JAMES E. STEVENS
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| business checking account - Home State Bank | 1129-000 | 6,462.99 |
| **TOTAL GROSS RECEIPTS** | | **$6,462.99** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,396.30 | 1,396.30 | 1,396.30 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 456.00 | 456.00 | 456.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11.15 | 11.15 | 11.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,963.45 | $1,963.45 | $1,963.45 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 20,586.00 | 21,111.60 | 21,111.60 | 4,136.20 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,854.00 | 1,854.52 | 1,854.52 | 363.34 |
| NOTFILED | Quilting Treasures | 7100-000 | 1,539.45 | N/A | N/A | 0.00 |
| NOTFILED | Westminster Fibers | 7100-000 | 1,056.59 | N/A | N/A | 0.00 |
| NOTFILED | E.E. Schenck Co. | 7100-000 | 1,803.32 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank Usa Na | 7100-000 | 14,398.00 | N/A | N/A | 0.00 |
| NOTFILED | Checker Distributors | 7100-000 | 789.16 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $42,026.52 | $22,966.12 | $22,966.12 | $4,499.54 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81095  
**Case Name:** WROGA, MARIE  

**Period Ending:** 12/12/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/23/12 (f)  
**§341(a) Meeting Date:** 05/03/12  
**Claims Bar Date:** 08/09/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | business checking account - Home State Bank<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 8,312.99 | 6,462.99 | | 6,462.99 | FA |
| 2 | personal checking account in banks, savings and<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 350.00 | 0.00 | DA | 0.00 | FA |
| 3 | bed dresser table chairs lamps computer lap top<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | books pictures CD's DVD's stamp, coin, record, t<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | jeans, shoes, shirts, skirts, blouses, underclot<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | braclets, earrings, necklaces<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | HopScotch Square- sole ownership out of business<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2002 volkswagon beetle 84,000 miles<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 8 Assets Totals (Excluding unknown values) | **$12,262.99** | **$6,462.99** | | **$6,462.99** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 1, 2012        **Current Projected Date Of Final Report (TFR):**    September 19, 2012  (Actual)

Printed: 12/12/2012 08:00 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-81095  
**Case Name:** WROGA, MARIE  

**Taxpayer ID #:** **-***7815  
**Period Ending:** 12/12/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-66 - Checking Account  
**Blanket Bond:** $178,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/12 | {1} | Hopscotch Square | monies in checking account | 1129-000 | 6,462.99 | | 6,462.99 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,437.99 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #12-81095, Blanket Bond #016018067 | 2300-000 | | 11.15 | 6,426.84 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,401.84 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,376.84 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,351.84 |
| 10/31/12 | 102 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $456.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 456.00 | 5,895.84 |
| 10/31/12 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,396.30, Trustee Compensation;  Reference: | 2100-000 | | 1,396.30 | 4,499.54 |
| 10/31/12 | 104 | Capital One Bank (USA), N.A. | Dividend paid 19.59% on $21,111.60; Claim# 1; Filed: $21,111.60; Reference: | 7100-000 | | 4,136.20 | 363.34 |
| 10/31/12 | 105 | PYOD, LLC its successors and assigns as assignee | Dividend paid 19.59% on $1,854.52; Claim# 2; Filed: $1,854.52; Reference: | 7100-000 | | 363.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,462.99 | 6,462.99 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,462.99 | 6,462.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,462.99** | **$6,462.99** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******06-66** | 6,462.99 | 6,462.99 | 0.00 |
| | $6,462.99 | $6,462.99 | $0.00 |

{} Asset reference(s)                                                                                                      Printed: 12/12/2012 08:00 AM    V.13.04